UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| W. STEPHEN MARITZ, ) | |
| WILLIAM E. MARITZ FAMILY VOTING ) | |
| TRUST, W. STEPHEN MARITZ REVOCABLE ) | |
| TRUST, W. STEPHEN MARITZ EUM ) | |
| APPOINTIVE TRUST, WILLIAM E. MARITZ ) | |
| APPOINTIVE TRUST, and ) | |
| WILLIAM E. MARITZ TRUST, ) | |
| ) | Cause No. 4:05CV2093 JCH |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALICE MARITZ STAREK, ) | |
| ALICE MARITZ STAREK EUM ) | |
| APPOINTIVE TRUST, and ALICE ) | |
| MARITZ STAREK NON-EUM LIFE TRUST, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is

**DISMISSED WITHOUT PREJUDICE**.

Dated this 18th day of April, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE